EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------- X
JUAN RIVERA FERNANDEZ, on behalf of
himself and all other persons similarly situated,

                      Plaintiff,

   -against-

RABBINICAL SEMINARY OF AMERICA and
John Does #1-10,

                      Defendants.
------------------------------------- X

09 Civ. 1561 (FB) (JO)

**ECF CASE**

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Upon application of the Plaintiff, Juan Rivera Fernandez and Defendant, Rabbinical Seminary of America, by their respective counsel, for entry of a Stipulation and Order of Dismissal with Prejudice ("Order") approving the Confidential Settlement Agreement and Release Of All Claims (the "Agreement") in the above-captioned action (the "Action") and dismissing the Action with prejudice; and the Parties having consented to the entry of this Order; and sufficient cause appearing for the same; after due deliberation; it is

**HEREBY FOUND AND DETERMINED THAT:**

1. The proposed duly executed Agreement has been negotiated in good faith and at arm's length between the Parties and their respective attorneys;

2. The consideration realized by the parties under the Agreement is fair and reasonable.

**NOW, THEREFORE**, without trial or final adjudication of any remaining issues of fact and/or law herein, and upon consent of the Parties, it is

**ORDERED, ADJUDGED, AND DECREED** that the Agreement shall be kept confidential and not be filed publicly, except upon the written agreement of the Parties to the Agreement and their respective counsel or upon court order; and it is further

**ORDERED, ADJUDGED, AND DECREED** that the parties are hereby directed to consummate and abide by the terms and provisions of the Agreement; and it is further

**ORDERED, ADJUDGED, AND DECREED** that with entry of this Stipulation and Order of Dismissal with Prejudice this Civil Action shall be dismissed with prejudice.

**SO ORDERED:**

_____     Dated: _____
Honorable Frederic Block
U.S. DISTRICT JUDGE

THE UNDERSIGNED hereby consent to the form and entry of this Order, and it is hereby stipulated and agreed by and between the undersigned, that the above-captioned matter is dismissed with prejudice. A facsimile of this Stipulation, and signatures by facsimile thereto, may serve with the same force and effect as the original

Dated: October 21, 2009

SAMUEL & STEIN

By: _____
David Stein
38 West 32nd Street, Suite 1210
New York, New York 10001
(212) 563-9884
dstein@samuelandstein.com

BERGER & ASSOCIATES

By: _____
Bradley Ian Berger
321 Broadway
New York, New York 10007
(212) 571-1900
bergerlaw1@aol.com
Attorneys for Plaintiffs

PROSKAUER ROSE LLP

By: _____
Joshua F. Alloy
1585 Broadway
New York, New York 10036
(212) 969-3000
jalloy@proskauer.com
Attorneys for Defendant

14